```
 1 │ DEBRA W. YANG
   │ United States Attorney
 2 │ STEVEN D. CLYMER
   │ Assistant United States Attorney
 3 │ Chief, Criminal Division
   │ TIMOTHY J. SEARIGHT (Cal. Bar No. 151387)
 4 │ Assistant United States Attorneys
   │ Narcotics Section
 5 │      1400 United States Courthouse
   │      312 North Spring Street
 6 │      Los Angeles, California 90012
   │      Telephone: (213) 894-3749
 7 │      Facsimile: (213) 894-0142
   │ Attorneys for Plaintiff
 8 │ UNITED STATES OF AMERICA
```

FILED
CLERK U.S. DISTRICT COURT
DEC 17 2004
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION     BY DEPUTY

Priority ✓
Send ✓
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

cc US Probation

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. ED CR No. 03-84(A)-VAP |
| Plaintiff, | JOINT STIPULATION RE: PRE-PLEA REPORT; [~~PROPOSED~~] ORDER |
| v. | |
| RODRICK REED, et al., | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Plaintiff, United States of America, through its counsel of record, Assistant United States Attorney Timothy J. Searight, defendant George Williams (hereinafter, "defendant Williams") through his counsel of record, Darlene Ricker, Esq. as follows:

1. An examination of defendant Williams criminal history does indicate that he may be a "career offender" pursuant to Guidelines § 4B1.1. Determining whether defendant Williams is, in fact, a career offender is important in plea negotiations between the parties because such status would greatly affect his potential sentence.

ENTER ON ICMS
DEC 20 2004
755

LODGED
04 DEC -8 PM 3:[illegible]

2. Therefore, the parties hereby request and stipulate that a pre-plea report be prepared for defendant Williams focusing on his criminal record and whether he is a career offender within the meaning of the Guidelines.

SO STIPULATED

DEBRA W YANG
United States Attorney

STEVEN D CLYMER
Assistant United States Attorney
Chief, Criminal Division

Dated: December 7, 2004

TIMOTHY J SEARIGHT
Assistant United States Attorney
Attorneys for Plaintiff
United States of America

Dated: December 7, 2004

DARLENE RICKER
Attorney for Defendant
George Williams

///

[PROPOSED] ORDER

In the above-captioned matter, it is hereby ordered that a pre-plea report be prepared for defendant George Williams. The pre-plea report shall be focused on a determination of George Williams "career offender" status pursuant to Sentencing Guidelines § 4B1.1

IT IS SO ORDERED
DATED: December 17, 2004

VIRGINIA A. PHILLIPS
HONORABLE VIRGINIA A PHILLIPS
United States District Judge

2

## CERTIFICATE OF SERVICE BY MAIL

I, **Hortencia Montes**, declare

That I am a citizen of the United States and resident or employed in Los Angeles County, California, that my business address is Office of United States Attorney, United States Courthouse, 312 North Spring Street, Los Angeles, California 90012, that I am over the age of eighteen years, and am not a party to the above-entitled action,

That I am employed by the United States Attorney for the Central District of California who is a member of the Bar of the United States District Court for the Central District of California, at whose direction the service by mail described in the Certificate was made, that on December 8, 2004, I deposited in the United States mails in the United States Courthouse, 312 North Spring Street, Los Angeles, California, in the above-entitled action, in an envelope bearing the requisite postage, a copy of **JOINT STIPULATION RE: PRE-PLEA REPORT; [PROPOSED] ORDER Addressed to**

**Darlene M Ricker**
**29170 Heathercliff Rd , Suite 4**
**Malibu, CA 90265**

at **her** last known address, at which place there is a delivery service by United States mail

This Certificate is executed on December 8, 2004 at Los Angeles, California

I certify under penalty of perjury that the foregoing is true and correct

Hortencia Montes