**FILED**

**DEC 18 2012**

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| UNITED STATES OF AMERICA, | No. 11-56999 |
|---|---|
| Plaintiff - Appellee, | D.C. No. 5:10-cv-01714-VAP/5:03-CR-00084 |
| v. | Central District of California, Riverside  VAP |
| GEORGE WILLIAMS, AKA G, | ORDER |
| Defendant - Appellant. | |



RECEIVED
CLERK, U.S. DISTRICT COURT

12/18/2012

CENTRAL DISTRICT OF CALIFORNIA
BY: ___DLM___ DEPUTY

Before:    FISHER and NGUYEN, Circuit Judges.

The request for a certificate of appealability is denied. *See* 28 U.S.C. § 2253(c)(2). All pending motions, if any, are denied as moot.