UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CRIMINAL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | ED 03-cr-00084-VAP-24 | Date | October 1, 2019 |
| Title | United States of America v. George Williams | | |

Present: The Honorable   VIRGINIA A. PHILLIPS, CHIEF UNITED STATES DISTRICT JUDGE

| BEATRICE HERRERA | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None | None |

**Proceedings:** MINUTE ORDER RE: PETITION FOR WRIT OF HABEAS CORPUS (IN CHAMBERS)

The Court has received pro se Defendant George Williams's ("Defendant") "Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 or for Any Relief Submitted Pro Se" ("Petition"), filed on September 3, 2019.  The Court finds this matter appropriate for resolution without oral argument pursuant to Local Rule 7-15.

The United States shall file a response to the Motion within thirty days of entry of this Order.  The Court will then take the matter under submission.

**IT IS SO ORDERED.**


**cc: United States Attorney's Office for assignment.**