FILED

MAY 27 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| UNITED STATES OF AMERICA, | No. 20-50077 |
|---|---|
| Plaintiff-Appellee, | D.C. No. 5:03-cr-00084-VAP |
| v. | Central District of California, Riverside |
| GEORGE WILLIAMS, AKA G, | |
| Defendant-Appellant. | ORDER |

Before: Peter L. Shaw, Appellate Commissioner.

Appellant's motion to proceed in forma pauperis (Docket Entry No. 4) is granted.

The Clerk shall amend this court's docket to reflect that appellant is now proceeding in forma pauperis.

The previously established briefing schedule remains in effect.